IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Mr. Leroy Luckett, ) | C/A NO. 0:13-2115-CMC-PJG |
| ) | |
| Plaintiff, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| ) | |
| Ms. S. Bracey Simon, Lee Correctional ) | |
| Postal/Mailroom Staff; ) | |
| Associate Warden J.J. Brooks, Jr., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court on Plaintiff's motions to "Accept My Unnotarized Motions and Documents," and for an extension of time and appointment of counsel. ECF Nos. 16 & 17.

Plaintiff's motion for this court to accept unnotarized documents is **granted**. Additionally, Plaintiff's motion for extension of time is **granted**. Plaintiff shall have until **Friday, November 8, 2013**, to file objections to the Report and Recommendation. No further extensions shall be granted.[1]

On September 26, 2013, the Magistrate Judge to whom this case is assigned entered a Report and Recommendation ("Report") recommending that Plaintiff's complaint be dismissed without prejudice and without issuance and service of process.

Plaintiffs in civil rights cases brought under 42 U.S.C. § 1983 do not have a right to court appointed counsel. *Hardwick v. Ault*, 517 F.2d 295 (5th Cir. 1975). However, the court has discretionary authority to appoint counsel "in exceptional cases," in a civil action brought by a

---

[1]According to Plaintiff, he did not receive a copy of the complaint and its attached exhibits which this court ordered be provided to Plaintiff. *See* Mot. at 2-4 (ECF No. 17). Accordingly, the Clerk is hereby directed to provide an additional copy of this 137-page document to Plaintiff.

1

litigant proceeding *in forma pauperis*. *Cook v. Bounds*, 518 F.2d 779 (4th Cir. 1975); 28 U.S.C. § 1915(d). Plaintiff's complaint does not present unusual circumstances to justify the appointment of counsel, nor will Plaintiff be denied due process if an attorney is not appointed. Therefore, Plaintiff's motion for appointment of counsel is **denied**.

    **IT IS SO ORDERED.**

s/ Cameron McGowan Currie  
CAMERON McGOWAN CURRIE  
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina  
October 29, 2013